IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KIMBERLY ROSAMOND FANSLAU,<br><br>Defendant. | Case No. CR-19-121-BLG-SPW-02<br><br>**ORDER** |

Upon Defendant, Kimberly Rosamond Fanslau's Unopposed Motion to Join Co-Defendant Webb's Supplemental Brief in Support of Motion to Suppress (Doc. 64), and for good cause appearing,

IT IS HEREBY ORDERED that Defendant Kimberly Rosamond Fanslau is joined with Defendant Webb in his Supplemental Brief in Support of Motion to Suppress (Doc. 62). Defendant Fanslau is included in the hearing previously set by this Court for **October 30, 2020, at 9:30 a.m**.

The clerk is directed to notify counsel and the United States Marshal's Service of the entry of this Order.

DATED this ⁄⁄ᵗʰ day of September, 2020.

_Susan P. Watters_
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE

1